UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff,

-vs-

    Case No. 3:05-CR-131
    District Judge Thomas M. Rose

TRACEY B. DAVIS,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION FOR RELEASE ON BOND (DOC. #44) AND ORDERING THE DEFENDANT RELEASED FROM JAIL

---

On December 27, 2011, the Court issued an arrest warrant as a detainer for the Defendant for violating the conditions of his supervised release. Subsequently, Defendant was arraigned and posted bond on charges filed with Miamisburg Municipal and Montgomery County Common Pleas Courts. Now before this Court is the Defendant's Motion for Release on Bond (doc. 44) filed on January 9, 2012.

The Court finds the motion is well taken and **ORDERS** that the Defendant be immediately released from custody in the above captioned case. The conditions of supervised release as previously ordered in this case, shall remain in effect with the addition that the Defendant shall be placed on Location Monitoring at the discretion of the U.S. Probation Officer while pending final disposition. Final disposition in this matter has been set for February 3, 2012 at 10:30 a.m. The Defendant is further **ORDERED** to contact the U.S. Probation Department immediately upon release for further instructions.

**DONE** and **ORDERED** in Dayton, Ohio, this 10th day of January, 2012.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT