# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

      **Plaintiff,**

-vs-                            Case No. 3:05-CR-131

                                      District Judge Thomas M. Rose

**TRACEY B. DAVIS,**

      **Defendant.**

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

      Pursuant to the record set forth in open Court on March 23, 2012, the Defendant appeared with Counsel, and entered admissions to violations (#1, 2, 3 and 5) of supervised release as alleged by the U.S. Probation Department. The Government and U.S. Probation Department withdrew violation #4. The Court accepted the admissions and found that the Defendant had violated the conditions of his supervised release as alleged and proceeded immediately to sentencing. The Court ORDERED that:

      The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of sixteen (16) months, to be served consecutively to any State sentence the Defendant may be serving. The sentence will not be followed by any period of Supervised Release.

      The Court recommends to the United States Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated as to said offense.

      The Defendant was explained his rights of appeal and he indicated an understanding of the same.

      The Defendant is remanded to the custody of the U.S. Marshal.

      IT IS SO ORDERED.

Date: March 26, 2012

                                                      THOMAS M. ROSE, JUDGE
                                                      UNITED STATES DISTRICT COURT